



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 23, 2008

**BY FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007



Re: <u>United States v. Antone White et al</u>
    07 Cr. 570 (NRB)

Dear Judge Buchwald:

      The Court had previously set April 21, 2008 as a deadline for motions in this case, and had excluded time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. in the interests of justice until April 21, 2008. The defendants did not file any motions and counsel for defendant Antone White has requested that he be relieved. The Court has scheduled a status conference in the case for April 29, 2008 at 3:00 p.m. Since the parties are continuing to engage in discussions about a possible disposition in the case, the Government respectfully requests that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq. in the interests of justice until April 29, 2008. Defense counsel for both defendants consent to the exclusion of time.

*So Ordered* [handwritten notation]
4/23/08

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Antonia M. Apps
Assistant United States Attorney
(212) 637-2198 (phone)
(212) 637-2527 (fax)

c:  Harry H. Rimm, Esq.
    Bruce McIntyre, Esq.