```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/1/08
```

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

**MEMO ENDORSED**

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 27, 2008

**BY FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

    Re:  <u>United States v. Marilenny Santos</u>
           07 Cr. 570 (NRB)

Dear Judge Buchwald:

    The Court had previously set July 7, 2008 as a status conference in the above-captioned case for defendants Antone White and Marilenny Santos. Mr. White pled guilty before Magistrate Judge Henry B. Pitman on June 23, 2008. Accordingly, I will not order the production of Mr. White for further status conferences. His sentencing is scheduled for September 17, 2008.

    Ms. Santos's counsel has informed me that Ms. Santos also intends to plead guilty, but requests additional time within which to do so. Accordingly, the parties jointly request that the July 7, 2008 conference be adjourned until July 16, 2008 at 4:30 p.m. Additionally, since the parties are continuing to work toward a possible disposition in the case, the Government respectfully requests that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., in the interests of justice until July 16, 2008. Counsel for Ms. Santos has consented to the exclusion of time.

                            Respectfully submitted,

                            MICHAEL J. GARCIA
                            United States Attorney

                By:  *[signature]*
                     Antonia M. Apps
                     Assistant United States Attorney
                     (212) 637-2198

cc: Harry H. Rimm, Esq.
    Bruce McIntyre, Esq

*[Handwritten endorsement in right margin: So Ordered. [signature] ____ USDJ 6/27/08]*