```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/22/08
```

U.S. Department of Justice

United States Attorney
Southern District of New York

**MEMO ENDORSED**

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 14, 2008

**BY FACSIMILE**
The Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 2510
New York, NY 10007

      Re:   <u>United States v. Marilenny Santos</u>
            07 Cr. 570 (NRB)

Dear Judge Buchwald:

      Defendant Marilenny Santos is currently scheduled to plead guilty before the Magistrate Judge on Friday, July 18, 2008, at 10:30 a.m. The Court had previously scheduled a status conference in the case for Wednesday, July 16, 2008. In light of the defendant's scheduled plea, however, the parties respectfully request that the July 16, 2008 conference be adjourned until July 21, 2008 at 3:00 p.m. Additionally, since the parties are continuing to work toward a possible disposition in the case, the Government respectfully requests that the Court exclude time pursuant to the Speedy Trial Act, 18 U.S.C. §§ 3161 et seq., in the interests of justice until July 21, 2008. Counsel for Ms. Santos has consented to the exclusion of time.

*So Ordered.* [handwritten endorsement]
Naomi Reice Buchwald
USDJ
7/17/08

                        Respectfully submitted,

                        MICHAEL J. GARCIA
                        United States Attorney

            By:  _____
                    Antonia M. Apps
                    Assistant United States Attorney
                    (212) 637-2198

cc: Bruce McIntyre, Esq

TOTAL P.02