```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

UNITED STATES OF AMERICA,

         - v -                         ORDER

MARILENNY SANTOS,               07 CR 570 (NRB)

                Defendant.

------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    At the request of the Probation Office, and to assist the Court in determining the appropriate sentence for the defendant, it is hereby

    **ORDERED** that the defendant undergo a psychosexual evaluation to be conducted by the New York Center for Neuropsychology and Forensic Behavioral Science; and it is further

    **ORDERED** that there be no one present during the examination except the defendant, Dr. N.G. Berrill and Jennifer McCarthy; and it is further

    **ORDERED** that Dr. Berrill and Ms. McCarthy be permitted to enter the M.C.C. with a computer to administer any of the necessary tests on the defendant; and it is further

2

**ORDERED** that the psychosexual evaluation of the defendant be provided to the Court and all parties with the second disclosure of the Presentence Investigation Report; and it further

**ORDERED** that the defendant's sentencing is rescheduled for November 20, 2008 at 3:00 P.M. in Courtroom 21A.

Dated:   New York, New York
         September 16, 2008

                                    _____
                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

A copy of the foregoing Order has been mailed on this date to the following:

**Attorney for Defendant**
Bruce McIntyre, Esq.
401 Broadway, Suite 1503
New York, NY 10013

CC: Antonia M. Apps, AUSA; Michele Greer Bambrick, Senior U.S. Probation Officer